UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KAYLA RUIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:23-CV-00032-NCC |
| | ) | |
| ALLERGAN U.S.A. INC. and | ) | |
| SHARP PACKAGING SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | | |

## ORDER OF DISMISSAL

Before the Court is the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 59). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of this action without prejudice, with each party to bear their own costs.

Accordingly,

**IT IS HEREBY ORDERED** that matter is **DISMISSED without prejudice**, with each party to bear their own costs.

Dated this 4th day of August, 2023.

   /s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE